31 So.3d 255 (2010)
Julio DEL RISCO, Appellant,
v.
U.S. BANK NATIONAL ASSOCIATION, etc., Appellee.
No. 3D09-688.
District Court of Appeal of Florida, Third District.
March 24, 2010.
Michael H. Merino and Nicole H. Fried, Davie, for appellant.
Florida Default Law Group and Erin M. Berger, Tampa, for appellee.
Before GERSTEN, CORTIÑAS and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See § 90.902(8), Fla. Stat. (2009); Leviton v. Philly Steak-Out, Inc., 533 So.2d 905, 906 (Fla. 3d DCA 1988).